2

AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

STEVE JOHNSON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 178 - DMS

I, STEVE JOHNSON , the above named defendant, who is accused of committing the

following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___1/24/08.___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Steve Johnson_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER