1  **MICHELLE BETANCOURT**
   California State Bar Number 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  michelle_betancourt@fd.ort

5  Attorneys for Mr. Johnson

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. DANA M. SABRAW)

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0178-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| KEVIN JOHNSON, | ) | |
| Defendant. | ) | |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Michelle Betancourt, and Federal Defenders of San Diego, Inc., counsel for Kevin Johnson, along with Assistant United States Attorney Fred Sheppard, that the sentencing hearing set for April 25, 2008 at 9:00 a.m. be rescheduled to **Friday, June 13 2008, at 9:00 a.m.**

Respectfully submitted,

DATED:   April 24, 2008       */s/ Michelle Betancourt*
                              **MICHELLE BETANCOURT**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Steve Johnson

DATED:   April 24, 2008       */s/ Fred Sheppard*
                              **FRED SHEPPARD**
                              Assistant United States Attorney
                              fred.sheppard@usdoj.gov